UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LETICIA AGUIRRE | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:11-CV-124 FM |
| | § | |
| DEROYAL INDUSTRIES, INC., | § | |
| | § | |
| *Defendant* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to Order Relative to Entry of Judgment or Final Disposition and Vacating Setting [Document 39], Plaintiff Leticia Aguirre and Defendant DeRoyal Industries, Inc., enter into the following stipulation:

It is hereby stipulated by and between the parties to this action through their respective attorneys of record that the above-referenced matter be dismissed with prejudice in its entirety, with each side to bear its own fees and costs, as the parties have settled this matter and are in the process of finalizing settlement documents.

Respectfully submitted,

**HERMES SARGENT BATES, L.L.P.**

By   */s/ Kristin McLaughlin*
     **FRANK ALVAREZ**
     State Bar No. 00796122
     **KRISTIN MCLAUGHLIN**
     State Bar No. 24059607
901 Main Street, Suite 5200
Dallas, Texas 75202
(214) 749-6000 (Telephone)
(214) 749-6100 (Facsimile)
frank.alvarez@hsblaw.com

1

kristin.mclaughlin@hsblaw.com
**ATTORNEYS FOR DEFENDANT**
**DEROYAL INDUSTRIES, INC.**

**WATTS GUERRA CRAFT, LLP**

By  */s/ William J. Maiberger, Jr., with permission*
    **WILLIAM J. MAIBERGER, JR.**
    State Bar No. 00787949
300 Convent, Suite 100
San Antonio, Texas 78205
(210) 527-0500 (Telephone)
(210) 527-0501 (Facsimile)
wmaiberger@wgclawfirm.com
**ATTORNEY FOR PLAINTIFF**
**LETICIA AGUIRRE**